# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: TATARINOWICZ, ROMAN J   § Case No. 09-74624
      TATARINOWICZ, ISABEL M   §
         §
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

 327 South Church Street, Room #1100
Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/28/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  07/12/2013          By:  /s/JOSEPH D. OLSEN
                                                        Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: TATARINOWICZ, ROMAN J | § | Case No. 09-74624 |
| TATARINOWICZ, ISABEL M | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 593,476.81 |
| *and approved disbursements of* | $ 371,456.72 |
| *leaving a balance on hand of* [1] | $ 222,020.09 |
| **Balance on hand:** | $ 222,020.09 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 222,020.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 22,860.00 | 0.00 | 22,860.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 140.49 | 0.00 | 140.49 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,012.00 | 0.00 | 1,012.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 24,012.49 |
| Remaining balance: | $ 198,007.60 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 198,007.60 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 198,007.60 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,570.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE BANK USA, N.A. | 2,788.35 | 0.00 | 2,788.35 |
| 2 | CAPITAL ONE BANK USA, N.A. | 7,041.63 | 0.00 | 7,041.63 |
| 3 | Midland Funding LLC | 1,740.06 | 0.00 | 1,740.06 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 11,570.04 |
| Remaining balance: | $ | 186,437.56 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 186,437.56 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 186,437.56 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $160.67. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 186,276.89.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                          Case No. 09-74624-TML
Roman J Tatarinowicz                                            Chapter 7
Isabel M Tatarinowicz
           Debtors             CERTIFICATE OF NOTICE
District/off: 0752-3           User: lorsmith              Page 1 of 3                    Date Rcvd: Jul 30, 2013
                               Form ID: pdf006             Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2013.
db/jdb        +Roman J Tatarinowicz,   Isabel M Tatarinowicz,   22 Lincoln Street,
                Lake In The Hills, IL 60156-1026
aty           +Joseph D. Olsen,   Yalden, Olsen & Willette,   1318 East State Street,   Rockford, IL 61104-2228
14613947     ++ALLIED INTERNATIONAL CREDIT CORP US,   6800 PARAGON PLACE,   SUITE 400,   RICHMOND VA 23230-1654
               (address filed with court: AIC,   100 East Shore Dr, 3rd Fl,   Glen Allen, VA  23059)
14613949      +Alexian Brothers Behavioral Health,   C/O Malcolm S. Gerald & Assoc, Inc.,
                332 S. Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
14613948       Alexian Brothers Behavioral Health,   1650 Moon Lake Blvd.,   Hoffman Estates, IL  60169-1010
14613950      +Associated Imaging Specialists,   1121 Lake Cook  Rd., Ste. M,   Deerfield, IL 60015-5234
14613951      +Associated Radiologists, Ltd.,   300 S. Northwest Hwy, Ste. 207,   Park Ridge, IL 60068-4257
14613946       Attorneys Serving You LLC,   1701 S First Ave Ste 202,   Maywood, IL  60153-2400
14613952       CAC Financial Corp,   2601 NW Expressway, Ste. 1000 East,   Oklahoma City, OK  73112-7236
14613954     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   ATTN: C/O TSYS DEBT MANAGEMENT,   Po Box 5155,
                Norcross, GA  30091)
14829361       CAPITAL ONE BANK USA, N.A.,   BY AMERICAN INFOSOURCE LP AS AGENT,   PO Box 71083,
                Charlotte, NC  28272-1083
14614001     ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
               (address filed with court: WaMu,   PO Box 660433,   Dallas, TX  75266)
14613956       Citimortgage Inc,   ATTENTION: BANKRUPTCY DEPARTMENT,   Po Box 79022, Ms322,
                St. Louis, MO  63179
14613958      #+Freedman Anselmo Lindberg & Rappe, LLC,   1807 West Diehl Road, Ste. 333,
                Naperville, IL 60563-1890
14613965       HSBC Card Services,   PO Box 17051,   Baltimore, MD  21297-1051
14613966       HSBC Card Services,   PO Box 80084,   Salinas, CA  93912-0084
14613960      +Harris  And  Harris Ltd,   600 W Jackson,   Chicago, IL 60661-5636
14613961      +Harris & Harris, Ltd.,   222 Merchandise Mart Plaza, Ste. 1900,   Chicago, IL 60654-1421
14613962       Horizons Behavioral Health LLC,   13707 W. Jackson St.,   Woodstock, IL  60098-3188
14613963      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
14613964      +Hsbc Bank,   ATTN: BANKRUPTCY,   Po Box 5253,   Carol Stream, IL 60197-5253
14613968       Law Offices Of James A. West, P.C.,   6380 Roderdale Rd., Ste. 130,   Houston, TX  77072-1624
14613971      +MEA-AEA LLC,   PO Box 366,   Hinsdale, IL 60522-0366
14613969      +Malcolm S. Gerald & Associates, Inc.,   332 S. Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
14613970      +Margaret Tatarinowicz,   158 Madera Circle,   Carpentersville, IL 60110-1111
19929344       Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
                Miami, FL 33131-1605
14613974      +Midland Funding, LLC,   C/O Neuheisel Law Firm, P.C.,   64 East Broadway Rd., Ste. 245,
                Tempe, AZ 85282-1383
14613975      +Midwest Children’s Heart Spec., S.C.,   1555 N. Barrington, Ste. 430,
                Hoffman Estates, IL 60169-1065
14613981      +Neopath, S.C.,   520 E. 22nd St.,   Lombard, IL 60148-6110
14613985      +Northwest Radiology Assoc, SC,   520 E. 22nd St.,   Lombard, IL 60148-6110
14613987       Radiological Consultants Of Woodstock,   36311 Treasury Ctr,   Chicago, IL  60694-6300
14613989       Sherman Hospital,   351134 Eagle Way,   Chicago, IL  60678-1351
14613991      +St. Alexius Medical Center,   1555 Barrington Rd.,   Hoffman Estates, IL 60169-1099
14613995       St. Alexius Medical Center,   21219 Network Place,   Chicago, IL  60673-1212
14613990      +St. Alexius Medical Center,   C/O Malcolm S. Gerald & Assoc.,   332 S. Michigan Ave., Ste. 600,
                Chicago, IL 60604-4318
14613996      +Superior Air Ground Ambulance Service,   PO Box 1407,   Elmhurst, IL 60126-8407
14613945      +Tatarinowicz Isabel M,   22 Lincoln Street,   Lake In The Hills, IL 60156-1026
14613944      +Tatarinowicz Roman J,   22 Lincoln Street,   Lake In The Hills, IL 60156-1026
14613997      +The Bureaus Inc,   1717 Central St,   Evanston, IL 60201-1590
14613999      +United Recovery Service, LLC,   18525 Torrence Ave., Ste. C-6,   Lansing, IL 60438-2891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14613957      +E-mail/Text: clerical.department@yahoo.com Jul 31 2013 01:57:16      Creditors Collection B,
                755 Almar Pkwy,   Bourbonnais, IL 60914-2393
14613959      +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2013 02:05:26      GE Money Bank,
                Attn: Bankruptcy Dept.,   PO Box 103106,   Roswell, CA 30076-9106
14701131      +E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2013 02:12:02      GE Money Bank,
                Recovery Management Systems Corp,   25 S. E. 2nd Ave., Ste 1120,   Miami, FL 33131-1605,
                Attn: Ramesh Singh
15116126       E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2013 02:08:41      GE Money Bank dba FUNANCING/GEMB,
                Care of GE Consumer Finance,   PO Box 960061,   Orlando FL 32896-0661
14613967       E-mail/Text: Bankruptcy@icsystem.com Jul 31 2013 02:02:53      I.C. System, Inc.,   PO Box 64887,
                St. Paul, MN  55164-0887
14613979       E-mail/Text: bankruptcydepartment@ncogroup.com Jul 31 2013 02:57:10      Nco Fin/55,
                Po Box 13570,   Philadelphia, PA  19101
14613972      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 31 2013 01:52:02      Midland Credit Mgmt,   8875 Aero Dr,
                San Diego, CA 92123-2255
14613973      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 31 2013 01:52:02      Midland Credit Mgmt,
                8875 Aero Dr  Ste 200,   San Diego, CA 92123-2255
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 3              Date Rcvd: Jul 30, 2013
                              Form ID: pdf006             Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14613976       +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 31 2013 02:57:10       NCO,
                 507 Prudential Road,    Horsham, PA 19044-2368
14613977       +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 31 2013 02:57:10       Nco Fin /99,
                 Po Box 15636,    Wilmington, DE 19850-5636
14613978       +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 31 2013 02:57:10       Nco Fin /99,
                 507 Prudential Rd,    Horsham, PA 19044-2368
14613980       +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 31 2013 02:57:10       Nco Fin/55,
                 507 Prudential Road,    Horsham, PA 19044-2308
14613984       +E-mail/Text: bankrup@aglresources.com Jul 31 2013 01:50:17       Nicor Gas,
                 ATTENTION: BANKRUPTCY DEPARTMENT,    1844 Ferry Road,    Naperville, IL 60563-9662
14613983       +E-mail/Text: bankrup@aglresources.com Jul 31 2013 01:50:17       Nicor Gas,   1844 Ferry Road,
                 Naperville, IL 60563-9600
14613986        E-mail/Text: clerical.department@yahoo.com Jul 31 2013 01:57:16       Provena St. Joseph Hospital,
                 C/O Creditors Collection Bureau, Inc.,    PO Box 63,    Kankakee, IL  60901-0063
19929345        E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2013 02:06:26
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14614000       +E-mail/Text: bnc@ursi.com Jul 31 2013 01:58:22       United Recovery Systems,
                 5800 N. Course Drive,    Houston, TX 77072-1613
                                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14613953*     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,    Richmond, VA  23285)
14613994*      +St. Alexius Medical Center,    1555 Barrington Rd.,    Hoffman Estates, IL 60169-1099
14613993*      +St. Alexius Medical Center,    1555 Barrington Road,   Hoffman Estates, IL 60169-1099
14613992*      +St. Alexius Medical Center,    1555 Barrington Road,   Hoffman Estates, IL 60169-1099
14613998*      +The Bureaus, Inc.,    1717 Central St.,    Evanston, IL 60201-1590
14613955      ##+Citimortgage Inc,    Po Box 9438,dept 0251,    Gaithersburg, MD 20898-9438
14613982      ##+Neuheisel Law Firm, P.C.,    64 East Broadway Rd., Ste. 245,    Tempe, AZ 85282-1383
14613988      ##+Revenue Cycle Partners,    Patient Financial Services,    2870 Stoner Court, Ste. 300,
                 North Liberty, IA 52317-8525
                                                                                   TOTALS: 0, * 5, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.




**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Aug 01, 2013**          **Signature:**      _Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith               Page 3 of 3                  Date Rcvd: Jul 30, 2013
                              Form ID: pdf006              Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2013 at the address(es) listed below:

        Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
        Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
        G. Paul McFarling    on behalf of Joint Debtor Isabel M Tatarinowicz pmcfarling@asylaw.com,
        attorneysservingyou@gmail.com
        G. Paul McFarling    on behalf of Debtor Roman J Tatarinowicz pmcfarling@asylaw.com,
        attorneysservingyou@gmail.com
        Joseph D Olsen    on behalf of Spec. Counsel   Woodruff & Johnson Jolsenlaw@comcast.net,
        IL46@ECFCBIS.com
        Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
        Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net, IL46@ECFCBIS.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
        Steven R Rappin    on behalf of Creditor   CitiMortgage, Inc. dolswang@hrolaw.com,
        rarredondo@hrolaw.com
                                                                                          TOTAL: 9