# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: TATARINOWICZ, ROMAN J | § | Case No. 09-74624 |
| TATARINOWICZ, ISABEL M | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $157,100.00              Assets Exempt:  $28,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $113,932.51              Claims Discharged
                                                          Without Payment: $43,440.76

Total Expenses of Administration: $278,267.41

3)  Total gross receipts of $      593,476.81    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      201,276.89 (see **Exhibit 2**), yielded net receipts of $392,199.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $150,240.00 | $102,201.80 | $102,201.80 | $102,201.80 |
| PRIORITY CLAIMS: | | | | |
|   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 278,267.41 | 278,267.41 | 278,267.41 |
|   PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 43,440.76 | 11,730.71 | 11,730.71 | 11,730.71 |
| **TOTAL DISBURSEMENTS** | $193,680.76 | $392,199.92 | $392,199.92 | $392,199.92 |

4)  This case was originally filed under Chapter 7 on October 21, 2009. The case was pending for 48 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/28/2013          By:  /s/JOSEPH D. OLSEN
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim - pending - value unknown | 1129-000 | 593,476.81 |
| **TOTAL GROSS RECEIPTS** | | $593,476.81 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Isabel Tatarinowicz | per court order 3/27/13 - PI exemption | 8100-002 | 15,000.00 |
| TATARINOWICZ, ROMAN J | Dividend paid 100.00% on $186,276.89; Claim# SURPLUS; Filed: $186,276.89; Reference: | 8200-004 | 0.00 |
| Isabel Tatarinowicz | | 8200-003 | 0.00 |
| Roman J and Isabel M Tatarinowicz | Surplus to Debtors | 8200-002 | 186,276.89 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $201,276.89 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | GE Money Bank | 4110-000 | 1,740.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 148,500.00 | N/A | N/A | 0.00 |
| | RS Medical | 4220-000 | N/A | 2,201.80 | 2,201.80 | 2,201.80 |
| | School Employee's Lost Fund | 4220-000 | N/A | 100,000.00 | 100,000.00 | 100,000.00 |
| **TOTAL SECURED CLAIMS** | | | $150,240.00 | $102,201.80 | $102,201.80 | $102,201.80 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 22,860.00 | 22,860.00 | 22,860.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 140.49 | 140.49 | 140.49 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,012.00 | 1,012.00 | 1,012.00 |
| Woodruff Johnson & Palermo | 3210-600 | N/A | 253,767.17 | 253,767.17 | 253,767.17 |
| Rabobank, N.A. | 2600-000 | N/A | 28.45 | 28.45 | 28.45 |
| Rabobank, N.A. | 2600-000 | N/A | 459.30 | 459.30 | 459.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$278,267.41** | **$278,267.41** | **$278,267.41** |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CAPITAL ONE BANK USA, N.A. | 7100-000 | N/A | 2,788.35 | 2,788.35 | 2,788.35 |
| 1I | CAPITAL ONE BANK USA, N.A. | 7990-000 | N/A | 38.72 | 38.72 | 38.72 |
| 2 | CAPITAL ONE BANK USA, N.A. | 7100-000 | N/A | 7,041.63 | 7,041.63 | 7,041.63 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2I | CAPITAL ONE BANK USA, N.A. | 7990-000 | N/A | 97.79 | 97.79 | 97.79 |
| 3 | Midland Funding LLC | 7100-000 | N/A | 1,740.06 | 1,740.06 | 1,740.06 |
| 3I | Midland Funding LLC | 7990-000 | N/A | 24.16 | 24.16 | 24.16 |
| NOTFILED | Sherman Hospital | 7100-000 | 142.03 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center C/O Malcolm S. Gerald & | 7100-000 | 209.03 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center C/O Malcolm S. Gerald & | 7100-000 | 447.84 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center | 7100-000 | 227.86 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center C/O Malcolm S. Gerald & | 7100-000 | 423.24 | N/A | N/A | 0.00 |
| NOTFILED | Revenue Cycle Partners Patient Financial Services | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Provena St. Joseph Hospital C/O Creditors Collection | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Radiology Assoc, SC | 7100-000 | 22.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiological Consultants Of Woodstock | 7100-000 | 15.10 | N/A | N/A | 0.00 |
| NOTFILED | Radiological Consultants Of Woodstock | 7100-000 | 13.00 | N/A | N/A | 0.00 |
| NOTFILED | Revenue Cycle Partners Patient Financial Services | 7100-000 | 188.87 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center C/O Malcolm S. Gerald & | 7100-000 | 109.93 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Superior Air Ground Ambulance Service | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center | 7100-000 | 210.53 | N/A | N/A | 0.00 |
| NOTFILED | The Bureaus Inc | 7100-000 | 2,838.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center C/O Malcolm S. Gerald & | 7100-000 | 220.68 | N/A | N/A | 0.00 |
| NOTFILED | WaMu | 7100-000 | 4,398.71 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center C/O Malcolm S. Gerald & | 7100-000 | 640.06 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center | 7100-000 | 640.72 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center | 7100-000 | 1,129.18 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center C/O Malcolm S. Gerald & | 7100-000 | 235.10 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 182.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center C/O Malcolm S. Gerald & | 7100-000 | 176.88 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center | 7100-000 | 772.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Mgmt | 7100-000 | 4,516.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Imaging Specialists | 7100-000 | 11.00 | N/A | N/A | 0.00 |
| NOTFILED | Neopath, S.C. | 7100-000 | 51.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Radiologists, Ltd. | 7100-000 | 140.50 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Behavioral Health C/O Malcolm S. Gerald | 7100-000 | 361.84 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Behavioral Health | 7100-000 | 480.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Alexian Brothers Behavioral Health | 7100-000 | 24.25 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Alexian Brothers Behavioral Health | 7100-000 | 5,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 2,502.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 6,682.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin /55 | 7100-000 | 465.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin /99 | 7100-000 | 127.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | MEA-AEA LLC | 7100-000 | 14.50 | N/A | N/A | 0.00 |
| NOTFILED | Margaret Tatarinowicz | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 2,777.91 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 2,817.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris   And   Harris Ltd | 7100-000 | 448.00 | N/A | N/A | 0.00 |
| NOTFILED | Horizons Behavioral Health LLC | 7100-000 | 380.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $43,440.76 | $11,730.71 | $11,730.71 | $11,730.71 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-74624 | **Trustee:** (330400) JOSEPH D. OLSEN |
| **Case Name:** TATARINOWICZ, ROMAN J | **Filed (f) or Converted (c):** 10/21/09 (f) |
| TATARINOWICZ, ISABEL M | **§341(a) Meeting Date:** 11/18/09 |
| **Period Ending:** 10/28/13 | **Claims Bar Date:** 02/19/10 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Debtors' residence - single 22 Lincoln Street, L | 143,000.00 | 0.00 | | 0.00 | FA |
| 2  Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 3  Harris Bank - Joint checking | 1,600.00 | 0.00 | | 0.00 | FA |
| 4  Harris Bank - Joint Savings shares in banks, sav | 200.00 | 0.00 | | 0.00 | FA |
| 5  Household goods, furniture, fixtures, electronic | 5,350.00 | 0.00 | | 0.00 | FA |
| 6  Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7  Misc jewelry, watches of limited value | 500.00 | 0.00 | | 0.00 | FA |
| 8  Personal Injury Claim - pending - value unknown | Unknown | 50,000.00 | | 593,476.81 | FA |
| 9  Worker's compensation claim - pending - value un | Unknown | 0.00 | | 0.00 | FA |
| 10  1995 Chevrolet Beretta, 186K miles | 2,400.00 | 0.00 | | 0.00 | FA |
| 11  2003 Ford Windstar, approx 160K miles | 2,400.00 | 0.00 | | 0.00 | FA |
| 12  2003 Suzuki DRZ125 - off road motorcycle 2002 Su | 800.00 | 0.00 | | 0.00 | FA |
| 13  Pop up camper trailer | 300.00 | 0.00 | | 0.00 | FA |
| **13    Assets    Totals** (Excluding unknown values) | **$157,100.00** | **$50,000.00** | | **$593,476.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 31, 2011 | **Current Projected Date Of Final Report (TFR):** July 10, 2013  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-74624  
**Case Name:** TATARINOWICZ, ROMAN J  
TATARINOWICZ, ISABEL M  
**Taxpayer ID #:** **-***5816  
**Period Ending:** 10/28/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****058866 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/29/13 | {8} | Sedgwick Claims Management Services, Inc. | personal injury settlement | 1129-000 | 593,476.81 | | 593,476.81 |
| 05/31/13 | 101 | Woodruff Johnson & Palermo | Per Court Order 3/27/13 - PI Attys fees/costs | 3210-600 | | 253,767.17 | 339,709.64 |
| 05/31/13 | 102 | RS Medical | per court order 3/27/13 - medical lien ref #1284246 | 4220-000 | | 2,201.80 | 337,507.84 |
| 05/31/13 | 103 | School Employee's Lost Fund | Per Court order of 3/27/13 - workers compensation lien | 4220-000 | | 100,000.00 | 237,507.84 |
| 05/31/13 | 104 | Isabel Tatarinowicz | per court order 3/27/13 - PI exemption | 8100-002 | | 15,000.00 | 222,507.84 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.45 | 222,479.39 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 459.30 | 222,020.09 |
| 08/30/13 | 105 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,012.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,012.00 | 221,008.09 |
| 08/30/13 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $140.49, Trustee Expenses;  Reference: | 2200-000 | | 140.49 | 220,867.60 |
| 08/30/13 | 107 | JOSEPH D. OLSEN | Dividend paid 100.00% on $22,860.00, Trustee Compensation;  Reference: | 2100-000 | | 22,860.00 | 198,007.60 |
| 08/30/13 | 108 | TATARINOWICZ, ROMAN J | Dividend paid 100.00% on $186,276.89; Claim# SURPLUS; Filed: $186,276.89; Reference: Stopped on 09/03/13 | 8200-004 | | 186,276.89 | 11,730.71 |
| 08/30/13 | 109 | CAPITAL ONE BANK USA, N.A. | Combined Check for Claims#1,2,1I,2I | | | 9,966.49 | 1,764.22 |
| | | | Dividend paid 100.00%    2,788.35 on $2,788.35;  Claim# 1; Filed: $2,788.35 | 7100-000 | | | 1,764.22 |
| | | | Dividend paid 100.00%    7,041.63 on $7,041.63;  Claim# 2; Filed: $7,041.63 | 7100-000 | | | 1,764.22 |
| | | | Dividend paid 100.00%    38.72 on $38.72;  Claim# 1I; Filed: $38.72 | 7990-000 | | | 1,764.22 |
| | | | Dividend paid 100.00%    97.79 on $97.79;  Claim# 2I; Filed: $97.79 | 7990-000 | | | 1,764.22 |
| 08/30/13 | 110 | Midland Funding LLC | Combined Check for Claims#3,3I | | | 1,764.22 | 0.00 |
| | | | Dividend paid 100.00%    1,740.06 on $1,740.06;  Claim# 3; Filed: $1,740.06 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    24.16 on $24.16;  Claim# 3I; | 7990-000 | | | 0.00 |

Subtotals :   $593,476.81   $593,476.81

{} Asset reference(s)

Printed: 10/28/2013 01:39 PM   V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-74624 |
| Case Name: | TATARINOWICZ, ROMAN J |
| | TATARINOWICZ, ISABEL M |
| Taxpayer ID #: | **-***5816 |
| Period Ending: | 10/28/13 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****058866 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $24.16 | | | | |
| 09/03/13 | 108 | TATARINOWICZ, ROMAN J | Dividend paid 100.00% on $186,276.89;<br>Claim# SURPLUS; Filed: $186,276.89;<br>Reference:<br>Stopped: check issued on 08/30/13 | 8200-004 | | -186,276.89 | 186,276.89 |
| 09/03/13 | 111 | Isabel Tatarinowicz | Voided on 09/04/13 | 8200-003 | | 186,276.89 | 0.00 |
| 09/04/13 | 111 | Isabel Tatarinowicz | Voided: check issued on 09/03/13 | 8200-003 | | -186,276.89 | 186,276.89 |
| 09/04/13 | 112 | Roman J and Isabel M Tatarinowicz | Surplus to Debtors | 8200-002 | | 186,276.89 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **593,476.81** | **593,476.81** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **593,476.81** | **593,476.81** | |
| Less: Payments to Debtors | | 201,276.89 | |
| **NET Receipts / Disbursements** | **$593,476.81** | **$392,199.92** | |

| | |
|---|---|
| Net Receipts : | 593,476.81 |
| Less Payments to Debtor : | 201,276.89 |
| Net Estate : | $392,199.92 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****058866** | **593,476.81** | **392,199.92** | **0.00** |
| | **$593,476.81** | **$392,199.92** | **$0.00** |

{} Asset reference(s)

Printed: 10/28/2013 01:39 PM    V.13.13